UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEJUAN ALLEN FRANK #642124,

        Plaintiff,

v.

        Case No. 2:16-CV-154

        HON. GORDON J. QUIST

BERTINA BOWERMAN,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 24, 2018, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court grant Plaintiff's motion for a default judgment and either require Plaintiff to support his claim of damages by affidavit or set the matter for a trial on damages. The Report and Recommendation was served on Plaintiff on August 21, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the August 24, 2018, Report and Recommendation (ECF No. 21) is **ADOPTED** as the Opinion of the Court, and Plaintiff's motion for default judgment (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that within **fourteen (14) days** of the date of this Order, Plaintiff shall submit an affidavit supporting his claimed damages.

Dated: September 17, 2018                  /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE